1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAIME J. PERDOMO,                    | Case No. EDCV 14-0066 ODW (SS)

12              Plaintiff,               | **JUDGMENT**

13       v.

14  CAROLYN W. COLVIN, Commissioner
    of the Social Security
15  Administration,

16              Defendant.

17

18

19       IT IS ADJUDGED that the above-captioned action is dismissed

20  with prejudice for failure to prosecute.

21

22  DATED:  August 14, 2014

23                                    _____

24                                    OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28